```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13138
    JAMES A AURIENNE
    THERESA F AURIENNE                          CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
    SSN XXX-XX-9337    SSN XXX-XX-6276


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 07/23/07 and confirmed on 09/21/07.

    2.   The case was dismissed after confirmation, 03/28/2008.

    3.   The Debtor paid a total of $   1136.00 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME EQUITY | SECURED | .00 | .00 | .00 |
| FOUR LAKES VILLAGE CONDO | SECURED | .00 | .00 | .00 |
| GMAC PAYMENT CENTER | SECURED VEHIC | .00 | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1028.51 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 4682.46 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 3250.10 | .00 | .00 |
| ASPIRE VISA | UNSECURED | 6167.81 | .00 | .00 |
| B REAL LLC | UNSECURED | 3498.18 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10517.45 | .00 | .00 |
| DISCOVER BANK | UNSECURED | 4803.74 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18866.26 | .00 | .00 |
| CHASE BANK USA | UNSECURED | 677.52 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7540.11 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3151.12 | .00 | .00 |
| FEDERATED FINANCIAL CORP | UNSECURED | 21514.73 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10852.48 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 9546.92 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ILLINOIS DEPT REVENUE | PRIORITY | 8.26 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 29.00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 59.95 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1776.54 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 5356.34 | .00 | .00 |

             Summary of disbursements:

```
                  SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00      1096.72    112230.76          .00     113327.48
PRINCIPAL PAID        .00          .00         .00           .00           .00
INTEREST PAID         .00          .00         .00           .00           .00
TOTAL PAID            .00          .00         .00           .00           .00
```
The Debtor's attorney, JOHN C DENT                   , was allowed $   3500.00
and was paid $     195.00   direct and $   1084.88   through the plan.

The Trustee received $      51.12 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 06/24/08                  /S/
                             GLENN STEARNS
                             CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 07 B 13138 JAMES A AURIENNE & THERESA F AURIENNE